UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS DANILO ROGEL RUIZ,<br><br>    Plaintiff,<br><br>– against –<br><br>18 GREENWICH AVENUE, LLC d/b/a ROSEMARY'S, and CARLOS SUAREZ,<br><br>    Defendants. | ECF Case<br><br>Case No. 1:20-cv-08789 (VSB)<br><br>[PROPOSED]<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 18 Greenwich Avenue, LLC d/b/a Rosemary's, and Carlos Suarez (collectively, "Defendants"), having offered to allow Plaintiff Luis Danilo Rogel Ruiz ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 26, 2021 and filed as Exhibit "A" to Docket No. 16;

**WHEREAS**, on January 26, 2021, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket No. 16);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of Ten Thousand Dollars ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 26, 2021 and filed as Exhibit A to Docket Number 16. and the clerk is directed to close the case.

Dated: New York, New York
       January 27, 2021

_Vernon Broderick_, U.S.D.J.